Nathaniel Durrance (SBN: 229210)
*nate@newmanlaw.com*
Newman LLP
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Telephone: (310) 359-8200
Facsimile: (310) 359-8190

Counsel for Defendant
Aspyr Media, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MALACHI MICKELONIS, JOSEPH ALFILANI, JACOB ALVA-MELVILLE, MICAIAH, FLORES, MATTHEW GORKA, JARED HILLIARD, CHARLES KIRK, DAVID KIRKLAND, YALE LIEBOWITZ, JACOB MUELLER, KEVIN MUNOZ, COLEBIE NIEDERMEIER, JOSHUA PALMER, BRYCE PHILLIPS, CHRISTOPHER SOUSA, ROLANDO VAZQUEZ, ADRIAN VILLA, and NICHOLAS YEE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ASPYR MEDIA, INC. and DOES 1-5,

Defendants.

Case No. 8:23-cv-01220-FWS-ADS

**DECLARATION OF TED STALOCH**

Judge Fred W. Slaughter
Magistrate Judge Autumn D. Spaeth

I, Ted Staloch, swear under penalty of perjury under the laws of the United States to the following:

1. I am Co-Chief Executive Officer at Aspyr Media, Inc. ("Aspyr"), over the age of 18, am competent to testify in this action, and make this declaration on the basis of personal knowledge.

2. Aspyr is a video-game developer that creates and markets video games on a variety of game platforms.

3. The KOTOR version Mickelonis complains about was offered on Nintendo's Switch platform. On the Switch platform, consumers buy games produced by Nintendo or other game developers like Aspyr. Games can be acquired either by buying them directly on the platform and paying Nintendo via a credit card or other payment mechanism, or through buying or otherwise acquiring game "tokens" from other locations. A game token is a string of letters and numbers that, when entered into Nintendo's website, will unlock a particular game and allow the user to download it without making further payment. Tokens are unique and once released, Aspyr has no way to know if they are ever redeemed.

4. Aspyr and Nintendo divide the revenue from each game sale. When Nintendo sells a game, Nintendo remits a portion of the price to Aspyr. When Aspyr issues a game token, Aspyr has to pay Nintendo as soon as the token is created and given to a consumer.

5. On November 22, 2022, Mickelonis paid $11.14 for a copy of KOTOR. A true and correct copy of Mr. Mickelonis' November 22, 2022 receipt is attached hereto as **Attachment A**.

6. That game was fully functional and could be played on the Switch system.

7. On June 2, 2023, Aspyr sent out a tweet indicating that it was unfortunately unable to release any bonus content for KOTOR on Nintendo's platform. Until shortly before that date, Aspyr believed it would be able to release

the content, but a third party objected and Aspyr was unable to do so. The tweet offered consumers who had purchased KOTOR a game token for a variety of different Star Wars games on the Switch platform, or a version of KOTOR with the bonus content on a different platform. A true and correct copy of Aspyr's June 2, 2023 Tweet is attached hereto as **Attachment B**.

8. I have extensive experience in the video game industry, including as an executive at a game development company, previous positions within the gaming industry, regular conversations with gamers, research done by Aspyr and other parties into gaming habits, and industry publications and seminars. I know that few if any video-game players play on only one platform. Instead, most have access to and use a variety of platforms, including PC, Switch, and others. Accordingly, gamers who wanted access to the DLC could have requested KOTOR on a different platform and had full access.

9. On June 3, 2023, Mickelonis requested and received a token to Star Wars: Jedi Knight Jedi Academy, a game worth $19.99. A true and correct copy of Mr. Mickelonis' June 3, 2023 token request and Mr. Mickelonis' June 3, 2023 token receipt is attached hereto as **Attachment C**.

10. There are no communications indicating that Mickelonis requested a refund of his purchase price or that there was anything defective about the version of KOTOR he purchased.

11. The Twitter posts are only viewable by persons who sign up to receive them. Even persons who sign up to receive them may not choose to view them.

12. The statements on the website were placed on an internal webpage.

13. The YouTube trailer was available for a limited period of time and was not widely viewed.

14. KOTOR II was advertised using a variety of means and the version Mickelonis complains of was advertised—without the statements—and purchased on Nintendo's platform, meaning most consumers were likely to have purchased it

without seeing the allegedly false statements.

15. Mickelonis took out an advertisement on the Reddit chat platform. A true and correct copy of the advertisement, "Don't get Pwned by Aspyr for the KOTOR 2 Bait & Switch. You May be Eligible for a Refund – Join the Class Action Suit," is attached hereto as **Attachment D**.

16. To the best of Aspyr's records, none of the plaintiffs requested a refund. At least one, Joshua Palmer, requested and received a token.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: November 8, 2023

DocuSigned by:
Ted Staloch
C1BB9830D4B347A...

Ted Staloch

# Attachment A


12:27
Confirmation of Digital Purchase from Nintendo
Inbox
N
Nintendo Nov 22, 2022
to me
Thank you for your recent digital purchase from Nintendo. Details of this transaction are below:
Transaction ID: 50165344669
Transaction Date: 11/22/2022 00:11:17 (24H PST)
Purchased Item: STAR WARS™: Knights of the Old Republic™ II: The Sith Lords
------------------------
Device Type: Nintendo Switch
Unit Price: $11.14
Total: $11.14
Payment Method: Nintendo eShop Funds
Associated Nintendo Account: malachiddm@gmail.com US
Purchase History can be accessed here: https://ec.nintendo.com/my/transactions
Alternatively, Purchase History can be reached by logging in to the associated Nintendo Account (at https://accounts.nintendo.com), navigating to the Shop Menu screen, and then selecting Purchase History.
------------------------

# Attachment B




We'd like to thank the KOTOR community for their immense passion and support for the *Star Wars: Knights of the Old Republic* series. That passion allowed us to bring this timeless series to the Nintendo Switch, and we are forever grateful.

Sadly, today we are announcing that the *Restored Content* DLC for the Nintendo Switch version of *Star Wars: Knights of the Old Republic II - The Sith Lords* will not be moving forward for release.

We'd like to thank everyone for their continued support by providing a complimentary video game key to players that purchased *Star Wars: Knights of the Old Republic II - The Sith Lords* on Nintendo Switch before this announcement.

Players may pick a replacement key from the following list:

*Star Wars: Knights of the Old Republic II - The Sith Lords on Steam*

*Star Wars: Knights of the Old Republic on Nintendo Switch*

*Star Wars: The Force Unleashed on Nintendo Switch*

*Star Wars: Republic Commando on Nintendo Switch*

*Star Wars: Episode I Racer on Nintendo Switch*

*Star Wars: Jedi Knight Jedi Academy on Nintendo Switch*

*Star Wars: Jedi Knight II Jedi Outcast on Nintendo Switch*

To receive your complimentary key, please visit support.aspyr.com, and submit a request with your Nintendo Switch proof of purchase attached. – The Aspyr Team

# Attachment C



# #200353 Twitter post

| Submitted | Received via | Requester |
| --- | --- | --- |
| June 3, 2023 at 2:34 AM | Web Form | Malachi Mickelonis <malachiddm@gmail.com> |

| Status category | Ticket status | Type | Priority | Group | Assignee | Ticket status |
| --- | --- | --- | --- | --- | --- | --- |
| Closed | Solved | - | - | Aspyr | Daniel Rodrigues | Solved |

| Ticket Type | Platform | Total time spent (sec) | Time spent last update (sec) |
| --- | --- | --- | --- |
| Purchasing/Downloading | Nintendo Switch | 53 | 53 |

**Switch Games**

Star Wars: Knights of the Old Republic II: The Sith Lords

**Malachi Mickelonis** June 3, 2023 at 2:34 AM

I would like voucher codes for Jedi knight Jedi academy 2 and 1 and boulders gate please. Attached is proof of purchase of my game. Please email codes to Malachiddm@gmail.com thank you so much

**Daniel Rodrigues** June 12, 2023 at 4:36 PM

Hi there, thank you for reaching out to Aspyr Support!

We have reviewed your proof of purchase and included your download code for your complimentary game below:

- *Star Wars: Jedi Knight Jedi Academy* - E0XCC4RJM3YL30WD

Thank you again for your passion and support for the *Star Wars: Knights of the Old Republic* series.

All the best,
Aspyr Support

Support Software by **Zendesk**

# Attachment D




Search Reddit

Log In



u/RayKimLaw • Promoted

# Don't get Pwned by Aspyr for the KOTOR 2 Bait & Switch. You May Be Eligible for a Refund - Join the Class Action Law Suit.




raykimlaw.com

Contact Us


1


0

Share

kotor

Reddit is currently serving me this advertisement

View post