UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV23-01220-MWC-ADS | Date | July 11, 2025 |
| Title | Malachi Mickelonis v. Aspyr Media, Inc., et al. | | |

Present: The Honorable  MICHELLE WILLIAMS COURT, U.S. District Judge

| T. Jackson | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Raymond Yoon Ho Kim | Keith Scully |

**Proceedings:** **DEFENDANT'S MOTION TO DISMISS (DKT. 122)**

**PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER DENYING WITHOUT LEAVE TO AMEND PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (DKT. 123)**

The motion hearing is held. The Court hears oral argument from the parties. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

:26

**Initials of Preparer**  TJ