1  Nathaniel Durrance (SBN: 229210)
   nate@newmanlaw.com
2  Keith Scully, *pro hac vice*
   keith@newmanlaw.com
3  Gregory M. Scialabba, *pro hac vice*
4  gs@newmanlaw.com
   Steven R. Gray, *pro hac vice*
5  steve@newmanlaw.com
6  NEWMAN LLP
   100 Wilshire Blvd., Suite 700
7  Santa Monica, CA 90401
   Telephone: (310) 359-8200
8  Facsimile: (310) 359-8190

9  Counsel for Defendant
10 Aspyr Media, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALACHI MICKELONIS, JOSEPH ALFILANI, JACOB ALVA-MELVILLE, MICAIAH FLORES, MATTHEW GORKA, JARED HILLIARD, CHARLES KIRK, DAVID KIRKLAND, YALE LIEBOWITZ, JACOB MUELLER, KEVIN MUNOZ, COLEBIE NIEDERMEIER, JOSHUA PALMER, BRYCE PHILLIPS, CHRISTOPHER SOUSA, ROLANDO VAZQUEZ, ADRIAN VILLA, BRIAN WALSH, and NICHOLAS YEE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ASPYR MEDIA, INC. and DOES 1-5,<br><br>Defendants. | Case No. 8:23-cv-01220-MWC-ADS<br><br>**NOTICE OF SETTLEMENT AND STIPULATED REQUEST FOR STAY**<br><br>District Judge Michelle Williams Court<br><br>***CLERK'S ACTION REQUESTED*** |

PLEASE TAKE NOTICE that Plaintiffs and Aspyr Media, Inc. have entered a tentative settlement agreement and anticipate that this case will be dismissed in due course. The parties do not anticipate the need for further litigation in this matter and request a stay of all pending deadlines and the trial scheduled to begin on November 24, 2025.

The parties anticipate that the settlement shall be finalized and a notice of voluntary dismissal shall be filed within 30 days of this notice.

Dated: October 9, 2025               Respectfully submitted,

                                     NEWMAN LLP

                                     s/ Keith Scully
                                     Keith Scully, *pro hac vice*
                                     keith@newmanlaw.com
                                     Nathaniel Durrance (SBN: 229210)
                                     nate@newmanlaw.com
                                     Gregory M. Scialabba, *pro hac vice*
                                     gs@newmanlaw.com
                                     100 Wilshire Blvd., Suite 700
                                     Santa Monica, CA 90401
                                     Telephone: (310) 359-8200
                                     Facsimile: (310) 359-8190

                                     Counsel for Defendant
                                     Aspyr Media, Inc.

                                     RAY KIM LAW, APC

                                     s/ Raymond Y. Kim (*with permission*)
                                     Raymond Y. Kim (SBN: 229210)
                                     112 E. Amerige Avenue, Suite 240
                                     Fullerton, CA 92832
                                     Telephone: (833) 729-5529
                                     Email: ray@raykimlaw.com

                                     Counsel for Plaintiffs

**ATTESTATION OF FILER**

Pursuant to Local Rule 5-4.3.4(a)(2)(i) the filer of this document, Keith Scully, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

s/ Keith Scully
Keith Scully, *pro hac vice*

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the United States of America and the laws of the State of California that on October 9, 2025, I caused true and correct copies of the foregoing documents to be served by the method(s) listed below on the following interested parties:

**Via CM/ECF**

Ray Kim
Ray Kim Law, APC
112 E. Amerige Avenue, Suite 240
Fullerton, CA 9283
*ray@raykimlaw.com*

*Attorneys for Plaintiff*

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on October 9, 2025.

*/s/ Leah B. Lavigne*
_____
Leah Lavigne