1  RAY KIM LAW, APC
   Raymond Y. Kim (SBN 251210)
2  112 E. Amerige Avenue, Suite 240
   Fullerton, CA 92832
3  Telephone:  833-729-5529
   Facsimile:   833-972-9546
4  E-mail:        ray@raykimlaw.com

5  Attorneys for Plaintiffs
   Malachi Mickelonis, Joseph Afilani,
6  Jacob Alva-Melville, Micaiah, Flores,
   Matthew Gorka, Jared Hilliard,
7  Charles Kirk, David Kirkland,
   Yale Liebowitz, Jacob Mueller,
8  Kevin Munoz, Colebie Niedermeier,
   Joshua Palmer, Bryce Phillips,
9  Christopher Sousa, Rolando Vazquez,
   Adrian Villa, Brian Walsh, and Nicholas Yee

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Malachi Mickelonis, Joseph Afilani, Jacob Alva-Melville, Micaiah Flores, Matthew Gorka, Jared Hilliard, Charles Kirk, David Kirkland, Yale Liebowitz, Jacob Mueller, Kevin Munoz, Colebie Niedermeier, Joshua Palmer, Bryce Phillips, Christopher Sousa, Rolando Vazquez, Adrian Villa, Brian Walsh and Nicholas Yee, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>vs.<br><br>Aspyr Media, Inc.; and Does 1-5.<br><br>              Defendants. | Case No.: 8:23-cv-01220-MWC-ADS<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Honorable Michelle W. Court |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a) and the parties' settlement, plaintiffs Malachi Mickelonis, Joseph Afilani, Jacob Alva-Melville, Micaiah Flores, Matthew Gorka, Jared Hilliard, Charles Kirk, David Kirkland, Yale Liebowitz, Jacob Mueller, Kevin Munoz, Colebie Niedermeier, Joshua Palmer, Bryce Phillips, Christopher Sousa, Rolando Vazquez, Adrian Villa, Brian Walsh, and Nicholas Yee ("Plaintiffs") and defendant Aspyr Media, Inc., by and through their respective counsel of record, hereby stipulate and agree that this action is dismissed in its entirety with prejudice. The parties further stipulate that the Court shall retain jurisdiction over the parties to enforce the settlement until performance in full of the terms of the settlement.

All parties that have appeared in this action have consented and agreed to the dismissal of this action pursuant to this Stipulation, and accordingly this dismissal is effective "without a court order" pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: November 10, 2025              RAY KIM LAW, APC

                                      */s/ Raymond Y. Kim*[1]
                                      Raymond Y. Kim
                                      Attorneys for Plaintiffs

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Ray Kim Law, APC
112 E. Amerige Avenue, Suite 240
Fullerton, CA 92832

| | |
|---|---|
| 1 | NEWMAN LLP |
| 2 Dated: November 10, 2025 | |
| 3 | By: */s/ Nathaniel Durrance* |
| | Nathaniel Durrance (SBN: 229210) |
| 4 | *nate@newmanlaw.com* |
| 5 | Keith Scully, *pro hac vice* |
| | *keith@newmanlaw.com* |
| 6 | 100 Wilshire Blvd., Suite 700 |
| 7 | Santa Monica, CA 90401 |
| | Telephone: (310) 359-8200 |
| 8 | Facsimile: (310) 359-8190 |
| 9 | Attorneys for Defendant |
| | Aspyr Media, Inc. |